IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| OLGA HERNANDEZ,<br>　　　　Plaintiff, | § § § | |
| v. | § § | Civil Case No. 3:15-CV-2337-M-BK |
| SETERUS, INC.<br>　　　　Defendant. | § § § | |

### ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

United States Magistrate Judge Renée Harris Toliver made Findings, Conclusions and a Recommendation in this case. No objections were filed. The District Court reviewed the proposed Findings, Conclusions and Recommendation for plain error. Finding none, the Court accepts the Findings, Conclusions and Recommendation of the United States Magistrate Judge. Accordingly, Plaintiff's claims are **DISMISSED**.

SO ORDERED this 20th day of March, 2017.

_____
BARBARA M. G. LYNN
CHIEF JUDGE